ELISE E. WEISBECKER, Respondent, *v.* CHARLES WEIS-BECKER, Appellant.

Submitted March 7, 1941; decided April 17, 1941.

*Harry M. Marks* and *Benjamin E. Messler* for appellant.

*Herbert C. Smyth, Jr., Herbert C. Smyth* and *George Natanson* for respondent.

Order affirmed, with costs; and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.